# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREAS PLONKA and CAROLINE PLONKA, | CIVIL ACTION NO. 3:17-CV-00262 |
| Plaintiffs, | (JUDGE CAPUTO) |
| v. | |
| BOROUGH OF SUSQUEHANNA et al., | |
| Defendants. | |

## ORDER

**NOW**, this 1st day of March, 2017, **IT IS HEREBY ORDERED** that Plaintiff Andreas Plonka's Motion to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED without prejudice**.

(1) Within **fourteen (14) days** from the date of this Order, Plaintiffs shall file either:

(A) a joint application for *in forma pauperis* status that includes the relevant financial information of both Plaintiffs, Mr. Andreas Plonka and Mrs. Caroline Plonka, and is signed by each Plaintiff under penalty of perjury; or

(B) individual applications for *in forma pauperis* status that include the relevant financial information of each Plaintiff. Each Plaintiff must sign his or her individual application under penalty of perjury.

(2) If the Plaintiffs do not file an amended application as specified above, they must pay the requisite filing fee within **fourteen (14) days** from the date of this Order.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge